## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22882-RKA

NIGEL FRANK DE LA TORRE PARDO,

     Plaintiff,

v.

VERENCA INVESTMENTS
INTERNATIONAL INC.,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, VERENCA INVESTMENTS INTERNATIONAL INC., hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this October 2, 2024.

| | |
|---|---|
| /s/ *Ramon J. Diego* | /s/ *Daniel Buigas* |
| RAMON J. DIEGO | DANIEL BUIGAS |
| Florida Bar No. 689203 | Florida Bar No. 98293 |
| THE LAW OFFICE OF | GUSTAVO LAMELAS |
| RAMON J. DIEGO, P.A. | Florida Bar No. 995983 |
| 5001 SW 74th Court, Suite 103 | LAMELAS BUIGAS, PA |
| Miami, FL 33155 | 2525 Ponce de Leon Blvd., Ste. 300 |
| Telephone: (305) 350-3103 | Coral Gables, Florida 33134 |
| Email: rdiego@lawgmp.com | Telephone: (305) 395-4010 |
| *Counsel for Plaintiff* | Emails: daniel@lamelaslaw.com; |
| | gus@lamelaslaw.com |
| | *Counsel for Defendant* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 2, 2024.

    Respectfully submitted,

    **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
    *Attorneys for Plaintiff*
    5001 SW 74th Court, Suite 103
    Miami, FL, 33155
    Telephone: (305) 350-3103
    Primary E-Mail: rdiego@lawgmp.com
    Secondary E-Mail: ramon@rjdiegolaw.com

    By: */s/ Ramon J. Diego*
    RAMON J. DIEGO